No. 12–6291. SMITH *v.* VERIZON WASHINGTON, DC, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE ALITO took no part

1020

in the consideration or decision of this petition. 

No. 12–6323. LINDSAY v. BOEING NORTH AMERICA, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.